ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: zeno.baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

MAY 17 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY WILLIAM FELTON, <br><br> Defendant. | CR 18- 63 -BLG- SPW <br><br> **INDICTMENT** <br><br> **BANK BURGLARY** <br> **Counts I and II** <br> Title 18 U.S.C. § 2113(a) <br> (Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **RECEIPT OF FIREARM BY PERSON UNDER INDICTMENT** <br> **Count III** <br> Title 18 U.S.C. § 922(n) <br> (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about October 24, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, ANTHONY WILLIAM FELTON, entered Beartooth Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit larceny in such bank, in violation of 18 U.S.C. § 2113(a).

## COUNT II

That on or about December 6, 2017, at Worden, in Yellowstone County, in the State and District of Montana, the defendant, ANTHONY WILLIAM FELTON, entered Stockman Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit larceny in such bank, in violation of 18 U.S.C. § 2113(a).

## COUNT III

On or about the December 14, 2017, in Yellowstone County, in the State and District of Montana, the defendant, ANTHONY WILLIAM FELTON, who was then under indictment (information) for a crime punishable by imprisonment for a term exceeding one year, namely felony theft under the laws of the State of Montana, willfully transported and received a firearm, a Smith and Wesson, model 29, .44 Magnum revolver, bearing serial number AFH1370, said firearm having been shipped and transported in interstate and foreign commerce, in violation of

18 U.S.C. §§ 922(n) and 924(a)(1)(D).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ (state custody)
Bail: _____

3